UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| GAY SHEPHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:16-cv-00091 |
| | ) CHIEF JUDGE CRENSHAW |
| STATE OF TENNESSEE, | ) |
| | ) |
| Defendant. | ) |

# ORDER

For the reasons given in the accompanying Memorandum Opinion, Tennessee's Motion to Dismiss (Doc. No. 8) is **GRANTED** with respect to the ADEA and the sexual orientation discrimination claims, **and DENIED** with respect to the gender discrimination claim. Shepherd is **GRANTED** twenty-one days to move to amend her Complaint to allege additional Title VII claims.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE